AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISCRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOHN TOLE MOXLEY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:10-CV-00071-LRH-VPC

E.K. McDANIELS, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Court having dismissed all of the claims in the complaint, this case is DISMISSED.

| | |
|---|---|
| September 17, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |